# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH ROMANO,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CONVERGENT HEALTHCARE<br>RECOVERIES, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 3:14-cv-30176-MAP**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Andrew M. Schneiderman* | */s/ Craig Thor Kimmel* |
| Andrew M. Schneiderman, Esquire | Craig Thor Kimmel, Esquire |
| BBO# 666252 | BBO# 662924 |
| Hinshaw & Culbertson LLP | Kimmel & Silverman, P.C. |
| 28 State Street, 24TH Floor | 30 East Butler Pike |
| Boston, MA 02109 | Ambler, PA 19002 |
| Phone: (617) 213-7012 | Phone: (215) 540-8888 |
| Fax: (617) 213-7001 | Fax: (877) 788-2864 |
| Email: aschneiderman@hinshawlaw.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: July 31, 2015 | Date: July 31, 2015 |

BY THE COURT:

_____
　　　　　　　　　　　　　　　J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 31st day of July, 2015:

>Andrew M. Schneiderman, Esquire
>Hinshaw & Culbertson LLP
>28 State Street, 24TH Floor
>Boston, MA 02109
>Email: aschneiderman@hinshawlaw.com

>*/s/ Craig Thor Kimmel*
>Craig Thor Kimmel, Esquire
>BBO# 662924
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Fax: (877) 788-2864
>Email: kimmel@creditlaw.com
>Attorney for the Plaintiff